UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                          CASE NO.  8:10-cr-58-T-23TBM

LAMONT BELLAMY
_____/

**ORDER**

Lamont Bellamy moves (Doc. 31) to suppress evidence and for an evidentiary hearing.  The United States responds (Doc. 36) in opposition.  Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), the motion was referred to United States Magistrate Judge Thomas B. McCoun to conduct an evidentiary hearing and for preparation of a report and recommendation.

Magistrate Judge McCoun conducted the evidentiary hearing on May 20, 2010, (Doc. 41) and on June 16, 2010, issued his report (Doc. 43) concluding that "the deputies articulated a reasonable, common sense basis to believe that Defendant resided at that apartment and was present therein at the time of their entry" and recommending "that Defendant's motion to suppress illegally seized evidence (Doc. 31) be DENIED."  The defendant objected (Doc. 51) to the report and recommendation.

Having considered the motion to suppress, the response, the report and recommendation, the transcript of the evidentiary hearing, the objections to the report and recommendation, and the cases cited by the parties, I agree with Magistrate Judge McCoun's conclusion that, although "this is a very close call . . . the deputies articulated

a reasonable, common sense basis to believe that Defendant resided at that apartment and was present therein at the time of their entry." Accordingly, the objections to the report and recommendation are overruled, the report and recommendation is adopted, and the motion to suppress is **DENIED**.

ORDERED in Tampa, Florida, on September 14, 2010.

*[signature]*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE