UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO.   8:10-cr-58-T-23TBM

LAMONT BELLAMY
_____/

**PRELIMINARY ORDER OF FORFEITURE**

At the October 6, 2010, bench trial, Bellamy was adjudged guilty of a violation of 18 U.S.C. § 922(g)(1).

The United States moves (Doc. 61) for a preliminary order forfeiting Bellamy's interest in:

1. a Glock GMBH, model 27, .40 caliber handgun, serial number KLK057;

2. a Bushmaster, model XM15-E2S, .223 caliber Rifle, serial number L213503; and

3. 83 rounds of assorted ammunition, including:
   a) 30 rounds Winchester-Western .223 caliber ammunition;
   b) 6 rounds Winchester-Western .9 caliber ammunition;
   c) 17 rounds Remington .223 caliber ammunition;
   d) 16 rounds Winchester-Western .40 caliber ammunition;
   e) 1 round Winchester-Western .40 caliber ammunition;
   f) 1 round Remington .223 caliber ammunition; and
   g) 12 rounds Remington .40 caliber ammunition.

The United States has established the requisite nexus between the firearms and ammunition and the offense charged in the indictment.  Because the United States is

entitled to possession of the firearms and ammunition under 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b), Federal Rules of Criminal Procedure, the motion is **GRANTED**.  Bellamy's interest in the above-listed firearms and ammunition is condemned and forfeited to the United States for disposition according to law.

Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the firearms and ammunition.

ORDERED in Tampa, Florida, on December 14, 2010.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE