UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                   CASE NO.  8:10-cr-58-T-23TBM

LAMONT BELLAMY
_____/

**FINAL JUDGMENT OF FORFEITURE**

A February 14, 2010, preliminary order of forfeiture (Doc. 62) forfeited to the United States of America Lamont Bellamy's right, title, and interest in:

1. a Glock GMBH, model 27, .40 caliber handgun, serial number KLK057;

2. a Bushmaster, model XM15-E2S, .223 caliber Rifle, serial number L213503; and

3. 83 rounds of assorted ammunition, including:
   a) 30 rounds Winchester-Western .223 caliber ammunition;
   b) 6 rounds Winchester-Western .9 caliber ammunition;
   c) 17 rounds Remington .223 caliber ammunition;
   d) 16 rounds Winchester-Western .40 caliber ammunition;
   e) 1 round Winchester-Western .40 caliber ammunition;
   f) 1 round Remington .223 caliber ammunition; and
   g) 12 rounds Remington .40 caliber ammunition.

The forfeiture was also included in the December 20, 2010, judgment (Doc. 64).

Pursuant to Rule 32.2(c)(2), Federal Rules of Criminal Procedure, 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853(n)(7), the United States moves (Doc. 78) for entry of a final judgment of forfeiture as to the weapons and ammunition.

In accordance with Rule 32.2(b)(6)(C), Federal Rules of Criminal Procedure, and 21 U.S.C. § 853(n), from December 16, 2010, through January 14, 2011, the United

States published notice of the forfeiture and of its intent to dispose of the weapons and ammunition at www.forfeiture.gov.  The publication notified each interested third party to file (1) within sixty days of the first day of publication and (2) with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest.

Other than Lamont Bellamy, whose interest was previously forfeited to the United States, no person or entity has filed a petition or claimed an interest in the weapons or ammunition, and the time for filing a petition has expired.  Lamont Bellamy was the sole owner of the weapons and ammunition.

Accordingly, the United States' motion (Doc. 78) is **GRANTED**.  All right, title, and interest in the weapons and ammunition is **CONDEMNED** and **FORFEITED** to the United States of America for disposition under Rule 32.2(c)(2), Federal Rules of Criminal Procedure, 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853(n)(7).

Clear title to the weapons and ammunition now vests in the United States of America.

ORDERED in Tampa, Florida, on March 2, 2011.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE